IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SONN KIM KE, | ) | |
|         Petitioner, | ) | |
| v. | ) | No. 3:09-CV-1704-B |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|         Respondent. | ) | |

## ORDER TO SHOW CAUSE AND INSTRUCTIONS TO PARTIES

A petition for a writ of habeas corpus, numbered and styled as above, has been filed in this Court pursuant to the provisions of 28 U.S.C. § 2241. Accordingly, the Court orders as follows:

RESPONDENT'S ANSWER: Respondent is directed to file an answer to the petition or file other pleading within sixty (60) days. A true copy of the answer or other pleading shall be served on Petitioner by mailing such documents to him at the address set out in his application or to his attorney of record, if any. Respondent shall file a certificate with the Clerk evidencing such service.

PETITIONER'S OPPORTUNITY TO REPLY: Petitioner may file a reply, provided it is filed with the Clerk not more than thirty (30) days after the date of the certificate of service shown on the answer or other pleading. A reply must be limited to the arguments raised in the answer or other pleading and shall not include any new allegations of fact or new grounds for relief. Petitioner shall mail a copy of any reply to counsel for Respondent.

SERVICE OF PETITION AND ORDER: The Clerk shall mail a true copy of this order to Petitioner or to his attorney of record. The Clerk shall electronically serve copies of all pleadings and orders in this case on the United States Attorney for the Northern District of Texas.[1]

It is further **ORDERED** that at all times during the pendency of this action, petitioner shall immediately notify the Court of any change of address and its effective date. Such notice shall be captioned "NOTICE TO THE COURT OF CHANGE OF ADDRESS." The notice shall contain **only** information pertaining to the change of address and its effective date. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of the petition for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

This action has been referred to the United States Magistrate Judge for further proceedings

---

[1] Such service shall be directed to the attention of the Civil Chief, United States Attorney's Office.

and/or findings and recommendation.

      SIGNED this 28th day of September, 2009.

                                           PAUL D. STICKNEY
                                          UNITED STATES MAGISTRATE JUDGE