IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SONN KIM KE,            ) | |
|            Petitioner,   ) | |
| v.                       ) | No. 3:09-CV-1704-B |
|                          ) | |
| UNITED STATES DEPT. OF HOMELAND ) | |
| SECURITY,                ) | |
|            Respondent.   ) | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is hereby ORDERED, ADJUDGED and DECREED that Petitioner's writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed for lack of jurisdiction.

It is further ORDERED that the Clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

Signed this 29th day of January, 2009.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE